IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
19 SEP 23 AM 11: 46
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

United States of America,

        Plaintiff,

-vs-

DANIEL TAYLOR,

        Defendant.

Case No 3:14-cr-160

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Aggravated Menacing, in violation of the Ohio Revised Code, Section 2903.21 made in Count 4 of the Information is hereby AMENDED to charge Disorderly Conduct in the Presence of Law Enforcement, a 4th Degree Misdemeanor, in violation of the Ohio Revised Code, Section 2917.11 (A)(1).

IT IS SO ORDERED.

Date: 9/23/15

_____
United States Magistrate Judge

_____
Assistant United States Attorney